[No. 19863-7-I.   Division One.   February 27, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. SUZANNE E. REITER, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 86-1-00086-5, Stuart C. French, J., entered February 22, 1987. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Coleman, C.J., and Scholfield, J.

[No. 22185-0-I.   Division One.   February 27, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. SCOTT LEE MARTIN, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 87-8-05335-2, Jack A. Richey, J. Pro Tem., entered April 20, 1987. *Dismissed* by unpublished per curiam opinion.

[No. 21510-8-I.   Division One.   February 27, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. MARK ANTHONY CABIGAS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 87-1-02467-5, John M. Darrah, J., entered December 16, 1987. *Dismissed* by unpublished per curiam opinion.